THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ARNEDA GILMORE, Defendant-Appellant.

(No. 71-83;

Fifth District—June 27, 1974.

PER CURIAM.

CREBS, J., took no part.

Richard G. Younge, of East St. Louis, for appellant.

Robert H. Rice, State's Attorney, of Belleville, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DORIE WEINTRAUB *et al.*, Defendants-Appellants.

(No. 73-132;

Fifth District—June 25, 1974.